UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 10-1987 DOC (JCGx)             Date: March 28, 2011

Title: RENE ZEPEDA, ET AL v. WASHINGTON MUTUAL BANK, F.A., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|:---:|:---:|

PROCEEDING (IN CHAMBERS): ORDER TAKING MATTER UNDER SUBMISSION

      Before the Court is Defendant City of Newport Beach Police Department's Motion to Dismiss (Docket 4). The Court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15.

      Accordingly, the hearing set for April 4, 2011 at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

      The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11 DOC                                         Initials of Deputy Clerk nkb
CIVIL - GEN                                                                     Page 1 of 1