JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ZEPEDA, ET AL., ) | CASE NO. SACV 10-1987-DOC(JCGx) |
| ) | |
| Plaintiff(s), ) | |
| ) | **ORDER OF DISMISSAL FOR LACK** |
| v. ) | **OF PROSECUTION** |
| ) | |
| ) | |
| WASHINGTON MUTUAL BANK, F.A.,) ET AL., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

The Court, having issued an Order to Show Cause on May 20, 2011, as to why this action should not be dismissed for lack of prosecution, with a written response due on June 10, 2011, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: August 31, 2011

_____
DAVID O. CARTER
United States District Judge